McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00063-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $2,572.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $324.00 IN U.S. CURRENCY, | |
| APPROXIMATELY 2.03305389 BITCOIN, | |
| APPROXIMATELY 1.105672 BITCOIN, | |
| APPROXIMATELY 1.0177 BITCOIN CASH, | |
| APPROXIMATELY .370899 BITCOIN, AND | |
| APPROXIMATELY .338373 BITCOIN, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Jabari

Monson and Saudia Monson ("claimants"), by and through their respective counsel, as follows:

    1.      On or about January 17, 2019 and February 4, 2019, the U.S. Postal Inspection Service

("USPIS") seized the above-referenced defendant assets pursuant to Federal search and seizure warrants.

1

(hereafter collectively "defendant assets").

2.  Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 17, 2019.

3.  By Stipulation and Order filed April 19, 2019, the parties stipulated to extend to July 16, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 15, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to October 15, 2019.

Dated: 7/12/19

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/12/19

/s/ Lexi Negin
LEXI NEGIN
Attorney for potential claimant
Jabari Monson
(Signature authorized by email)

Dated: 7/12/19

/s/ Michael Long
MICHAEL LONG
Attorney for potential claimant
Saudia Monson
(Signature authorized by email)

**ORDER**

Pursuant to the Parties' Stipulation (ECF No. 3), the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to **October 15, 2019**.

IT IS SO ORDERED.

Dated:  July 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3